Augustus G. Roy, executor of the estate of Mark Roy, deceased, appellant, v. Samuel C. Claggett, appellee.  Gen. No. 28,332.

Order perpetually staying issuance of execution on a judgment by confession.  Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1923. Affirmed.  Opinion filed October 2, 1923.  Rehearing denied October 15, 1923.

William Annan Taylor, for appellant.  Jesse Wilcox, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Gilbert C. Ferson, appellant, v. Aaron Rosenbaum, appellee.  Gen. No. 28,357.

Claim for rent and moneys due under lease.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. J. H. Ragsdale, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1923.  Affirmed. Opinion filed October 2, 1923.

Mather & Hutson, for appellant; Lawrence C. Traeger, of counsel. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

The Carbic Manufacturing Company, appellee, v. The Osgood Company, appellant.  Gen. No. 28,367.

Suit by employee to recover money paid by him as office rent. Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1923. Affirmed.  Opinion filed October 2, 1923.

Harry J. Myerson and Don C. Wray, for appellant; John H. Bartram, of counsel.  Cattell & Waldron, for appellee; Ralph E. Brown, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Theodore Witz, appellee, v. Vera Linek and Louise Linek, appellants.  Gen. No. 28,376.

Trover for violin.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed October 2, 1923.

Soelke & Johnson, for appellants.  No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Mary Hlafter, appellee, v. John Wlodovich, appellant.  Gen. No. 28,385.

Bastardy charge.  Defendant found guilty.  Appeal from the Municipal Court of Chicago; the Hon. J. F. Haas, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed October 2, 1923. Rehearing denied October 15, 1923.

Peden, Graydon, Kahn & Murphy, for appellant.  Julius L. Kahn, for appellee.

Mr. Justice Fitch delivered the opinion of the court.